RECEIVED
MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

JAN 18 2017

FILED
DOCKETED

**DANIEL E. DOW**
January 13, 2017

RE: **C16-05812 | 05235 RBL & 9 Circuit Appeal 16-36027**
PLEASE *SEE* CASES VOLUMINOUS *DUE PROCESS LAW*
*VIA PRO SE* PLAINTIFF **D.E. DOW**

**TO**

- **JEFFREY P. MINEAR**, Office of the Counselor, U.S. Supreme Court Chief Justice, Executive Director, Supreme Court Fellows Program,
Supreme Court of the U.S.A., 1 First Street N.E., Washington, D.C. 20543;
- **CHARLES GRASSLEY • PATRICK LEAHY**, CHAIRS, US Senate Judiciary Committee, 224 Dirksen Senate Office Bldg, Washington, D.C. 20510;
- **JAMES C. DUFF**, Chief, Administrative Office US Courts,
One Columbus Circle, NE, Washington, DC 20544;
- **JASON CHAFFETZ**, Chair, House Oversight and Government Reform,
2236 Rayburn House Office Bldg, Washington, D.C. 20515;
- **RICARDO S. MARTINEZ**, WA USDC, 700 Stewart St, Seattle, WA 98101;
- **MICHAEL T. FLYNN**, USA National Security Advisor, **c/o** ACT for America Education, 869 Lynnhaven PKWY, Ste 113 #411, Virginia Beach, VA 23452;
- **JEFF SESSIONS**, USA Attorney General, 1350 Pennsylvania Ave, NW #409, & 950 Pennsylvania Ave NW, Washington, DC 20004 & 20530;
- **NINTH CIRCUIT**, Judicial Fitness Committee,
Executive Office, 95 7TH ST., San Francisco, CA 94103;
- **HUNTER G. GOODMAN**, Senate Secretary, WA State Legislature,
417 Legislative Bldg, Olympia WA 98504-0001;
- **BARBARA A. MADSEN**, Chief, WA State Supreme Court,
POB 40929, Olympia, WA 98504-0929;
- **ADMINISTRATIVE OFFICE OF THE COURTS**, State of WA, POB 41178, Olympia, WA 98504 & 112 Quincy St., SE, Olympia, WA 98504

Dear Honorable Jeffrey P. Minear, *Et Al*:

Please *also see* **Roberta Kelly's Declaration Pp 3,4.**

- On January 6, 2017, Ryan M. Carson (Carson) of WRIGHT FINLAY & ZAK, LLP, filed a *Notice of Appearance* [**NOA**] in the United States District Court [USDC] at Tacoma, Ronald B. Leighton (Leighton), C16-05812 RBL, RE:
  - Seterus and
  - Chris Fowler and
  - Federal National Mortgage Association [Fannie Mae / FNMA] and
  - Timothy Mayopoulous;

**1**-4 **D. E. DOW** (01/13/17) 631 So. Goble Creek Rd., Kelso, WA 98626 T 360-577-2662 / 360-751-2228, http://www.auggiecoupdblog.wordpress.com | jstewart52008@gmail.com

- ALL Defendants *ET AL* received notifications (*see*) *eg* C16-05235 RBL; and,

- ALL Defendants *ET AL* also received notifications (*see*) *eg* C16-05812 RBL, *via* the Complaint and
  - ALL Defendants', *ET AL* received Leighton's **Minute Order** accordingly;

- In **2016**, beginning in **January,** INNUMERABLE NAMED DEFENDANTS' *ET AL*, RECEIVED QUALIFIED WRITTEN REQUESTS [QWRs],
  - See Exhibits in USDC, Leighton, C16-05235 RBL;

- **Quality Loan Service Corp. Of Washington [QLSC-WA]~ MCCARTHY HOLTUS LLP [McCarthy-Holtus]**, ▪Kevin R. McCarthy, Chair and WA state Attorney ▪Robert W. McDonald, see C16-05235 RBL and C16-05812,
  - **NO NOA**, and
  - Seterus named **QLSC-WA**, as ITS' Trustee,

- **SEE DAVID A. LEEN'S *Wrongful Foreclosures in the State of Washington*) an EXHIBIT** in the USDC, Leighton, RE: Trustee/s and **QLSC-WA ~ McCarthy-Holtus**;

- *Lis Pendens* on my property: 631 So. Goble Creek Rd., Kelso, WA 98626;
  - Leighton approved Carson's **NON-compliance** in the USDC, and
  - **QLSC-WA proceeded in a Non-Judicial Foreclosure,**
    - **NO NOA.**

Thank you again, Your Honors, in the Oath to protect our,

  **Declaration of Independence, United States Constitution** and **Bill of Rights'**.

Sincerely, /s/
Daniel E. Dow, **13** January, 2017


c
- WRIGHT FINLAY & ZAK, LLP, 3600 15TH Ave W Ste 200, Seattle, WA 98119-1330;
- WITHERSPOON KELLEY, 422 W Riverside Ave, Ste 1100, Spokane, WA 99201;
- Grundstein, Leen, Ostrowski, Paulson, Smyth, Todd, Vokolh, *Et Al*

## DECLARATION OF ROBERTA KELLY

I, **Roberta Kelly**, do declare and say that under penalty of perjury my statements are true to the very best of my knowledge and memory, in this Declaration, in support of **DANIEL E. DOW**.

**Dated this 13 Day of January, 2017.**

Beginning in the time of approximately 2004-2005, I realized the sinister problem in the United States of America's [USA] economy was to worsen beyond the conceivable. In actuality, my intuition questioning the financial - economic health of the USA began far earlier than 04/05. My Autobiographical Declaration | Affidavit has been submitted to many of the named (*Et Al*) herein. My search to understand the money in the USA is well-documented.

Specifically in this DECLARATION FOR D.E. DOW: John V. Acosta, Ann L. Aiken, Anna J. Brown, Robert J. Bryan, Jay S. Bybee, Randall L. Dunn, Garr M. King, Ronald B. Leighton, Michael W. Mosman, Owen M. Panner, *ET AL*, Judges in the United States District Court [USDC],

**and**, in the Superior Court for the State of Washington, in Kelso, County of Cowlitz, Hall of Justice Judges, *ET AL* (licensed attorneys) who have been named in COMPLAINTS at the Judicial Commission @ P.O. Box 1817, Olympia, WA 98507, and Washington State Bar.

My GRIEVANCES / COMPLAINTS have been produced and reproduced *ad nauseam*. Messrs. Grassley, Leahy, *Et Al*, are in receipt of the most recent COMPLAINTS A, B, C.

ROBERT GRUNDSTEIN'S BOOK: **VENDETTA**, is a must read to understand that, there is serious malfeasance inflicted upon any-all *We The People* who stand against injustice in this time of *Globalism's Gobblism*.

LAUREN J. PAULSON'S DISCOVERY: **CONFLICTS OF INTEREST**, also expose the seriousness of *corruption in the system of Justice*.

The list of names of PEOPLE who embraced the USA as a GREAT Country, are endless. And, there are far too many who have died an unnatural death for being a human who stands in the enlightenment. I, PERSONALLY (ROBERTA KELLY), have been falsely arrested, tortured and attempted to be made dead.

When I telephoned Owen M. Panner, (before 2011) to speak with him RE: the Case in his Court (foreclosure), he first said: *You're not a lawyer, I can't talk*

*to you*. I hung up the telephone and then thought — Oh yes I am a lawyer!

My Autobiographical Declaration | Affidavit proves my qualifications as an expert in more than just the *legal profession*.

I telephoned Judge Panner and said: *I am a lawyer*. He then said: *Well, then, I can speak with you*. We proceeded to talk about what was going on with my Case and the home foreclosures in the Country. Judge Panner wrote me a personal letter and he said: *I agree with almost everything you say, but I am bound to the USDC*!

That was a wake-up call. The first wake-up call was from Walker F. Todd, who authored: **PROGRESS AND PROPERTY RIGHTS From the Greeks to Magna Carta to the Constitution**, © 2009.

The history of my understanding in this time is, again, found in my Autobiographical Declaration | Affidavit.

200 Coyote Lane, Castle Rock, WA state was to be an International Sculpture Garden, a Healing Center and also, a Constitutional Law Center. Donald P. Wilson created an alphabet to honor the United States Constitution. What has happened to his work? STOLEN. FACT: our family Estates, Fine Art, personal and real properties have ALL been stolen *via* the *evildoers* w/intention. In a word, inconceivable. *IE EG*, **Quality Loan Service Corp. Of Washington [QLSC-WA]~ MCCARTHY HOLTUS LLP [McCarthy-Holtus]** and a non-judicial foreclosure on the Martins' who our family purchased the real property from is egregiously vile.

The USA needs to invest in art and not war nor the industries which use human beings as disposable commodities. *EG*, Judges' portfolios need to support life and stop woe industries investing. *IE*, flesh trading, death-destruction. Dick Cheney Corrections Corporation of America major shareholder: a clarion call!

GEORGE W. BUSH, (Junior [GWB Jr.]), at this time is an **artist**. Therefore, he is now on-point. GWB Jr. understands the real *evildoers* are those who Henry Ford wrote a book about: *The* **International Jew** (*aka* **Zionists**). I am requesting GWB Jr., recall the Judges he appointed (*EG*, Robert J. Bryan, Ronald B. Leighton, *ET AL*). There are other requests to GWB Jr., addressed not in this Declaration for Daniel E. Dow.

Sincerely,

Jan 13, 2017 /s/ **Roberta Kelly** c/o D.E. Dow

**4-4 D. E. DOW** (01/13/17) 631 So. Goble Creek Rd., Kelso, WA 98626 T 360-577-2662 / 360-751-2228, http://www.auggiecoupdblog.wordpress.com | jstewart52008@gmail.com